## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JOHNY HUMBERTO GONZALEZ LOPEZ,

        Petitioner

        v.

CRAIG LOWE, *et al.*,

        Respondents

: CIVIL ACTION NO. 3:26-654

: (JUDGE MANNION)

## O R D E R

**NOW**, **THEREFORE**, upon consideration of Petitioner Johny Humberto Gonzalez Lopez's ("Gonzalez Lopez") petition for a writ of habeas corpus under 28 U.S.C. §2241, (Doc. 1), and Gonzalez Lopez having recently remitted the filing fee, accordingly, **IT IS HEREBY ORDERED THAT**:

1. Gonzalez Lopez's petition for a writ of habeas corpus under 28 U.S.C. §2241, (Doc. 1), is **DEEMED FILED**.

2. Counsel for Gonzalez Lopez is directed to **SERVE** a copy of his Section 2241 petition, (Doc. 1), and this Order on Respondents and the United States Attorney.

3. Respondents shall **SHOW CAUSE** within **twenty-one (21) days** of the date of this Order why the Court should not grant Gonzalez Lopez's request for habeas corpus relief.

4. Gonzalez Lopez shall, if he so desires, file a reply to Respondents' response to this Show Cause Order within **fourteen (14) days** of the filing of the response.

5. A determination as to whether Gonzalez Lopez shall be produced for a hearing will be held in abeyance pending the filing of a response.

_____
**MALACHY E. MANNION**
**United States District Judge**

**DATE:** 3/10/26

26-654-01

- 2 -