UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHNY HUMBERTO GONZALEZ :
LOPEZ,

              :

      **Petitioner**          CIVIL ACTION NO. 3:26-654

              :

   v.             (JUDGE MANNION)

              :

CRAIG LOWE, *et al.*,

              :

      **Respondents**

## O R D E R

Presently before the court is petitioner Johny Humberto Gonzalez Lopez's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. (Doc. 1). For the reasons stated in the court's memorandum filed this same day, **IT IS HEREBY ORDERED** that the petition is **GRANTED**. Respondents are **ORDERED** to **immediately release** Gonzalez Lopez and are permanently **ENJOINED** from re-detaining him under 8 U.S.C. §1225(b). Respondents are **DIRECTED** to file a declaration or affidavit pursuant to 28 U.S.C. §1746 confirming that Gonzalez Lopez has been released from custody. Respondents are also temporarily **ENJOINED** from re-arresting Gonzalez Lopez for a period of 14 days to ensure that this habeas remedy is effective.

- 2 -

If Respondents later detain Gonzalez Lopez under 8 U.S.C. §1226, they will be required to provide him with notice and, within 10 days of his detention, a bond hearing before an immigration judge, who shall provide an individualized assessment as to whether he poses a flight risk or a danger to the community. If Gonzalez Lopez is re-detained under §1226 and Respondents fail to schedule a timely bond hearing, he will be permitted to reopen this matter.

MALACHY E. MANNION
United States District Judge

**DATE:** 4/6/26

26-654-01-ORDER